# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Kimberly A Rupert | ) | Chapter 13 |
| | ) | Case No. 17 B 29777 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Kimberly A Rupert  
P O Box 201954  
Chicago, IL  60620

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On September 24, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 642  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, September 7, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 04, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 12, 2017, for a term of 36 months with payments of $400.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 23 | $14,401.00 | $13,594.00 | $807.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 09/06/2019  
Due Each Month: $400.00  
Next Pymt Due: 10/03/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/15/2019 | 6257080 | $200.00 | 02/22/2019 | 729789 | $200.00 |
| 03/18/2019 | 6285414 | $200.00 | 04/04/2019 | 6297448 | $200.00 |
| 04/19/2019 | 6310584 | $200.00 | 05/06/2019 | 6324112 | $200.00 |
| 05/22/2019 | 6337962 | $200.00 | 06/06/2019 | 6351881 | $200.00 |
| 06/18/2019 | 6366081 | $200.00 | 06/24/2019 | 1621201 | $3,000.00 |
| 07/25/2019 | 1790677 | $250.00 | 08/15/2019 | 1792495 | $200.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE